CO-386-online
10/03

# United States District Court
# For the District of Columbia

Freedom From Religion Foundation, et al.
     Plaintiff

vs

U.S. Department of Housing and Urban Development
     Defendant

Civil Action No. 18-cv-00114

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Freedom From Religion Foundation** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Freedom From Religion Foundation** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

455 Massachusetts Avenue, N.W.
Address

Washington   D.C.   20001
City   State   Zip Code

202-408-5565
Phone Number