AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00114-KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeff Sessions, U.S. Attorney General

was received by me on *(date)* 01/26/2018.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail on January 22, 2018 to the US Department of Housing and Urban Development, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information i true.

Date: 02/01/2018

*Server's signature*

Eden Tadesse, Legal Assistant
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
455 Massachusetts Ave N.W.
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

**7017240000021520876**

Add Name

**Delivered:**
WASHINGTON, DC 20530 on
January 26, 2018 at 5:38 am

**Additional Information**

Your item was delivered at 5:38 am on January 26, 2018 in WASHINGTO

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530
OFFICIAL USE

| Certified Mail Fee | $3.45 | |
| --- | --- | --- |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.84 | |
| Total Postage and Fees | $5.29 | |

Postmark Here: JAN 22 2018 WDC 20001 01/22/2018

Sent To: US Department of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvannia Ave. NW
City, State, ZIP+4®: Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**Get Text and Email Updates**

**Tracking History**

**January 26, 2018**
5:38 am
Delivered,
WASHINGTON, DC 20530

**January 25, 2018**
12:54 pm
Available for Pickup,
WASHINGTON, DC 20530

**January 25, 2018**
8:46 am
Arrived at Unit,
WASHINGTON, DC 20018

**January 24, 2018**
12:55 pm
In Transit to Destination,
On its way to WASHINGTON, DC 20530

**January 23, 2018**
12:55 pm
In Transit to Destination,
On its way to WASHINGTON, DC 20530

**January 22, 2018**
11:55 pm
Arrived at USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

**January 22, 2018**
**5:42 pm**
Departed Post Office,
WASHINGTON, DC 20001

---

**January 22, 2018**
**3:45 pm**
USPS in possession of item,
WASHINGTON, DC 20001

---

Remove from Tracking