UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al.** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) Case No. 18-cv-0114 (KBJ) |
| **UNITED STATES HOUSING AND URBAN DEVELOPMENT,** | ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jeremy S. Simon, Assistant U.S. Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2528