# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, | ) ) ) |
| **FREEDOM FROM RELIGION, FOUNDATION,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil No. 18-cv-0114 (KBJ) |
| **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Anne L. Weismann, counsel for Plaintiff Citizens for Responsibility and Ethics in Washington in this matter:

> Citizens for Responsibility and Ethics in Washington
> 1101 K Street, N.W.
> Suite 201
> Washington, D.C. 20005

Dated: November 13, 2018

Respectfully submitted,

 /s/ Anne L. Weismann
(D.C. Bar No. 298190)
Citizens for Responsibility and Ethics
 in Washington
1101 K Street, N.W., Suite 201
Washington, D.C. 20005
202-408-5565
aweismann@citizensforethics.org

*Counsel for Plaintiff Citizens for Responsibility and Ethics in Washington*