UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al. ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) Defendant. ) ) | Case No. 18-cv-0114 (KBJ) (Consolidated with 18-2737) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order dated January 9, 2019, the parties, by and through undersigned counsel, have conferred and propose March 5, 2019, as the deadline for Defendant to file its renewed motion to dismiss in Case No. 18-114 and response to the Complaint in Case No. 18-2737. The parties further propose that Plaintiff's opposition be filed on March 22, 2019, and that Defendant's reply be filed on April 8, 2019.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528

Jeremy.Simon@usdoj.gov

Counsel for Defendant

and

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar. No. 298190)
Citizens for Responsibility and Ethics in Washington
1101 K Street, NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
aweismann@citizensforethics.org

Counsel for Plaintiff