UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendant*. | Civil Action Nos. 1:18-cv-00114; 1:18-cv-02737 (CJN) |

**ORDER**

Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW") and Freedom from Religion Foundation ("FFRF") filed these consolidated civil actions against the U.S. Department of Housing and Urban Development ("HUD"), alleging: 1) an illegal policy or practice of denying fee waiver requests in violation of the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(A)(ii), and applicable regulations, 24 C.F.R. § 15.106 (Count I); and 2) illegal denials of fee waivers on specific occasions (Counts II–IV).  *See generally* No. 1:18-cv-00114, Dkt. 1 & No. 1:18-cv-02737, Dkt. 1.  Pending before the Court is HUD's Motion to Dismiss, Dkt. 23.

Because the motion was filed before the case was transferred to this Court, the Court requires further information on the status of the facts underlying the Complaints.

Accordingly, it is

**ORDERED** that, by October 21, 2019, the Parties shall submit a Joint Status Report detailing the status of production on all FOIA requests referenced in the Complaints.  The Joint Status Report shall include information on whether any requested documents have not yet been

1

2

produced, an estimated schedule of production for any outstanding requests, whether Defendant charged any fees for the documents, and whether Plaintiffs intend to litigate any other aspect of the production.

DATE: October 7, 2019

CARL J. NICHOLS
United States District Judge

2