UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CITIZENS FOR RESPONSIBILITY AND ETHICS      )
    IN WASHINGTON, et al.                   )
                                            )
            Plaintiffs,                     )
                                            )
    v.                                      )
                                            )  Case No. 18-0114 (KBJ)
UNITED STATES HOUSING AND URBAN             )  (consolidated with 18-2737)
    DEVELOPMENT,                            )
                                            )
            Defendant.                      )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's order dated October 7, 2019, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Freedom of Information Act ("FOIA") requests underlying[1] these consolidated lawsuits involve three FOIA requests submitted to United States Housing and Urban Development ("HUD") by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and two FOIA requests submitted to HUD by Freedom From Religion Foundation ("FFRF").

2. The CREW requests include the following: (1) October 1, 2018 request (Assigned HUD tracking number 19-FI-HQ-00012); (2) August 25, 2017 request (Assigned

---

[1] As set forth in Defendant's motion to dismiss, Defendant asserts that the claims as pled (as they pertain to the underlying FOIA requests specifically) are limited to the alleged improper denial of fee waiver requests or alleged improper denial of media status, and objects to the litigation of any issues regarding these requests beyond those actually pled as being beyond the scope of these consolidated lawsuits. Plaintiffs assert that the complaint properly construed includes any improper withholding of non-exempt records.

HUD tracking number 17-FI-HQ-01836); and (3) September 20, 2017 request (Assigned HUD tracking number 17-FI-HQ-02149.  The status of each request is as follows:

- October 1, 2018 request:  By letter dated October 15, 2019, HUD provided a final response to Plaintiff.  By letter dated March 1, 2019, HUD advised that no fees would be charged for this request.[2]

- September 20, 2017 request:  By letter dated April 9, 2019, HUD provided a final response to Plaintiff.  By letter dated March 20, 2018, HUD advised CREW that no fees would be charged for this request.

- August 25, 2017 request:  HUD is still processing this request, and expects to provide an interim response by December 1, 2019, with rolling responses approximately 30 days thereafter, with the expectation of completing the production of responsive, non-exempt documents by February 1, 2020.  By letter dated March 20, 2018, HUD advised CREW that no fees would be charged for this request.

3.     The FFRF requests include the following:   (1) October 27, 2017 request (Assigned HUD tracking number 18-FI-HQ-00188) and (2) August 7, 2017 request (Assigned HUD tracking number 17-FI-HQ-01686).  The status of each request is as follows:

- October 27, 2017 request:  Defendant provided its first interim response to this request by letter dated February 6, 2018.  Defendant expects to complete the production of responsive, non-exempt documents by December 1, 2019.  By

---

[2] Plaintiffs assert that the notification that fees would not be charged for this and the other requests referenced herein occurred after HUD had initially denied Plaintiffs' fee waiver requests and appeals of those denials and only once this matter was in litigation.

>   letter dated March 15, 2018, HUD advised FFRF that no fees would be charged for this request.

- August 7, 2017 request:   By letter dated December 20, 2018, HUD provided its final response to this request.   HUD advised FFRF, by letter dated March 15, 2018, that no fees would be charged for this request.

4. Plaintiffs state that there remains a need to address the pattern and practice claim that is the subject of Defendant's pending motion to dismiss and that the Court should retain jurisdiction to address any challenges to withheld documents once Defendant has completed its processing of all responsive records. CREW further objects to the timetable HUD has proposed for completing the processing of CREW's August 25, 2017 FOIA request, which is now more than two years old. HUD has failed to provide any information justifying its claim to need until February 1, 2020 to complete processing this request, including, *inter alia*, the number of responsive documents it has located. Without this and other relevant information its proposed timetable is unreasonable. Similarly, FFRF objects to the timetable HUD has proposed for completing the processing of its October 27, 2017 request, which was submitted two years ago. HUD has not justified its expected completion date of December 1, 2019.

5. As set forth more fully in Defendant's pending motion to dismiss, Defendant asserts that the pattern and practice claim addressed in Defendant's motion is the principal issue in that motion for the Court to resolve (the remaining issue being that the other counts in the Complaints are moot on the basis that Defendant is not charging fees for the processing of the requests), and also asserts that, based on the limited claims presented in the Complaints, the Court lacks jurisdiction to consider any issues relating to HUD's processing of the requests, including the propriety of any withholdings based on FOIA exemptions, or to order a different processing

schedule than set forth in paragraph 3 above for the two requests that remain outstanding (i.e, the August 25, 2017 CREW requests and the October 27, 2017 FRFF request).  Regarding the processing schedule of those two outstanding requests, HUD asserts that resource limitations make it infeasible at this time to complete those requests on a more expedited timetable than set forth by HUD above.  In that regard, HUD states that, as of October 18, 2019, HUD's FOIA Office has over 100 FOIA requests from FY 2017 alone that are still in an open status and, accordingly, these two requests are being processed in a manner that seeks to apportion its limited resources equitably among all FOIA requesters.

        Respectfully submitted,

        JESSIE K. LIU, D.C. BAR # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

        AND

___/s/ Anne L. Weismann_____
Anne L. Weismann
Citizens for Responsibility and Ethics in Washington
1101 K Street, NW
Suite 201
Washington, DC 20005

        And

Patrick C. Elliott
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703