UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-0114 (CJN)<br>) (Consolidated with 18-2737)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

                                            TIMOTHY J. SHEA
                                            D.C. Bar #437437
                                            United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. BAR # 924092
                                            Civil Chief

                                            By: _____/s/_____
                                            JEREMY S. SIMON, D.C. BAR #447956
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2528
                                            Jeremy.simon@usdoj.gov

                                            And

- 2 -

/s/ Anne L. Weismann (by permission)
Anne L. Weismann
Citizens for Responsibility and Ethics in Washington
1101 K Street, NW
Suite 201
Washington, DC 20005

    And

/s/ Patrick C. Elliott (by permission)
Patrick C. Elliott
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703